PACKARD et al. v. LAWLER. (No. 7489.)

(Supreme Court, Appellate Division, First Department. June 11, 1915.)

VENUE ☞14—PLACE OF TRANSACTION—RESIDENCE OF DEFENDANT.

An action on a note dated and made payable in a county, evidencing a loan made to the maker residing there, defended on the ground of usury based on an agreement made there, should be tried there, and a motion to transfer place of trial to that county should be granted.

[Ed. Note.—For other cases, see Venue, Cent. Dig. §§ 21, 27; Dec. Dig. ☞14.]

Appeal from Special Term, New York County.

Action by Moses Packard and another against Richard Lawler. From an order denying motion to change place of trial, defendant appeals. Reversed, and motion granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Frank J. Ryan, of New York City, for appellant.
Isaac Josephson, of New York City, for respondents.

PER CURIAM. It appears in this case that the whole transaction took place in the city of Syracuse, Onondaga county. The note was dated there, was payable there, and the loan was made to the defendant, who resides there; and if the transaction was usurious, it was the result of an agreement made there. We think this action should be tried where the whole transaction occurred.

The order, therefore, is reversed, with $10 costs and disbursements, and the motion to transfer the place of trial to Onondaga county granted.